# EXHIBIT M



Licensed to practice law in:
California
Oklahoma
Washington, D.C.

Direct Dial: 919-620-2056
Fax: 919-620-2519
Drue.Moore@na.bioMerieux.com

www.bioMerieux-usa.com

Thursday, February 7, 2008

Rob Pirnie
Executive Vice President
Conference America, Inc.
7079 University Court
Montgomery, AL 36117

    Re:    Contract for Telecommunications Services Dated February 1, 2001 (as amended April 30, 2003 and January 31, 2005) (the "Contract")

            Invoice Number: 183834 (Dec 2007)
            Amount: $41,354.97

            Invoice Number: 185934 (Jan 2008)
            Amount: $22,618.74

            Invoice Number: CONS000185935 (Jan 2008)
            Amount: $53,525.17

Dear Mr. Pirnie:

Enclosed is payment for the above invoices 183834 and 185934 pursuant to the Contract rates in accordance with the parties' good faith, oral agreement that was reached prior to the expiration of the Contract.

Invoice Number CONS000185935 for $53,525.17 is disputed by bioMerieux, Inc. for the full amount.

bioMerieux, Inc. reserves all of its rights.

Regards,

*Drue A Moore* (signature)

Drue A Moore

cc: Bob Pirnie, President, Conference America

**bioMérieux, Inc.**
100 Rodolphe Street, Durham, North Carolina 27712 USA   Phone 919/620-2000

| SUPPLIER INVOICE NUMBER | AMOUNT ACCOUNTED | DISCOUNT AMOUNT | PAYMENT AMOUNT |
|---|---|---|---|
| CONS000183834 | 15770.22 | .00 | 15770.22 |
| CONS000185934 | 7590.40 | .00 | 7590.40 |
| TOTAL | 23360.62 | .00 | 23360.62 |

──────── REMOVE DOCUMENT ALONG THIS PERFORATION ────────

**bioMérieux, Inc.**
ORDERS EXCEEDING $50,000 REQUIRE MANUAL COUNTERSIGNATURE
AVAILABLE THROUGH
Bank of America of Vandalia
VANDALIA, MO

DATE 02/07/08

0000617635
80-1789
815

PAY   DOLLARS | CENTS
      23360.62

Twenty-Three Thousand Three Hundred Sixty and 62/100 Dollars

TO THE ORDER OF
12908
CONFERENCE AMERICA INC
PO BOX 241188
MONTGOMERY, AL 36124

*James McCall*
*Ron W. [signature]*
VOID IF NOT CASHED WITHIN 90 DAYS

⑆000617635⑆ ⑈081517897⑈ 580100097594⑈

EXHIBIT M

2

# Pirnie, Bob

**From:** NET SatisFAXtion [postmaster@yourcall.fax]
**Sent:** Monday, February 11, 2008 2:39 PM
**To:** Pirnie, Bob
**Subject:** Disputing Charges and sending partial payment



FAX.PDF (44 KB)

You have received a new fax. This fax was received by NET SatisFAXtion. The fax is attached to the message. Open the attachment to view your fax.

```
Received Fax Details
-------------------------------------------
  Received On:      2/11/2008 2:38 PM
  Number of Pages:  2
  From (CSID):      3343232370
  From (ANI):       3342609999
  Sent to DID:      3232360

  Duration of Fax:  0:00:52
  Transfer Speed:   14400

  Received Status:  Success
  Number of Errors: 0
  Port Received On: IPF_PORT_0001
-------------------------------------------
```