# EXHIBIT Q



## Conference America

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

Bill To:
BIOMERIEUX, INC.
Attn: HEATHER DUNCLIFFE
100 RODOLPHE STREET
DURHAM, NC 27712

| Invoice Number: | CONS000185935 |
|---|---|
| Invoice Date: | 01/02/2008 |
| Due Date: | 01/22/2008 |
| Terms: | 1% 10, net 20 |
| Billing Period: | 12/01/2007 - 12/31/2007 |

| Total Amount Due: | $53,525.77 | U.S.D. |
|---|---|---|

**Conference America is going Green**
**Enjoy our new, improved invoice.**

**Have you signed up for your free Ebilling service?**
**Call 1-800-925-8000 for details**

---
Please detach here and return with your payment



## Conference America

P.O. Box 241188
Montgomery, Alabama 36124-1188
Federal Tax ID # 63-1070221
1-800-925-8000

| Invoice Number: | CONS000185935 |
|---|---|
| Invoice Date: | 01/02/2008 |
| Due Date: | 01/22/2008 |
| Terms: | 1% 10, net 20 |
| Billing Period: | 12/01/2007 - 12/31/2007 |

| Total Amount Due: | $53,525.77 | U.S.D. |
|---|---|---|

☐ Check here for address change or comments. Please write on the reverse side.

## Thank You For Choosing Conference America®

We appreciate your use of our services. Innovation is an important part of our business. We urge you to visit our web site www.yourcall.com or www.conferenceamerica.com regularly to stay up to date on the latest developments in our services and other aspects of our business. We would like to call your attention specifically to: Conference America Services Terms and Conditions, Conference America Privacy Policy, and Terms and Conditions of Use for Conference America's Website, all of which may be updated from time to time.

Except where our written agreement with you specifies otherwise, all of Conference America services are provided under our standard website terms and policies at the Conference America Standard Pricing in effect at the time each service is performed. Standard Pricing is subject to change without notice. For questions about our current services or pricing, please contact Conference America at 1-800-925-8000.

Thank you again for your business.

---

Please detach here and return with your payment

| Address Change or Comments? |

Change of Address Effective Date ____/____/_____

Organization Name: _____

Attention: _____

New Address: _____

City: _____  State: _____  Zip: _____

Phone: _____  Fax: _____  Email: _____

Comments: _____

**Invoice Summary Grouped By Special Billing ID 1**

| Special ID 1 Summary | Operator Handled | Always On | WebEcho | Replay | Fax | Enhancements | Discount | S&H | Tax/Fee | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $46,993.65 | $0.00 | $0.00 | $6,532.12 | $53,525.77 |
| **Total:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$46,993.65** | **$0.00** | **$0.00** | **$6,532.12** | **$53,525.77** |

**Invoice Detail Grouped By Special Billing ID 1**

| Total of Special ID 1 | Operator Handled | Always On | WebEcho | Replay | Fax | Enhancements | Discount | S&H | Tax/Fee | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $46,993.65 | $0.00 | $0.00 | $6,532.12 | $53,525.77 |

Leader Total for Special Billing ID 1:

| HEATHER DUNCLIFFE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $46,993.65 | $0.00 | $0.00 | $6,532.12 | $53,525.77 |

| Event Date | Special ID 2 | Service Charge | Discount | S&H | Tax/Fee | Amount |
|---|---|---|---|---|---|---|
| 12/31/2007 | | $46,993.65 | $0.00 | $0.00 | $6,532.12 | $53,525.77 |

| Service Type | Price | UOM | Quantity | Total |
|---|---|---|---|---|
| Activate/Deactivate Accounts | $74.9500 | | 627.00 | $46,993.65 |

End of Invoice

EXHIBIT Q