IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO.: 2:08-CV-181-WKW |
| | ) | |
| BIOMERIEUX, INC. | ) | **JURY TRIAL** |
| | ) | **DEMANDED** |
| Defendant. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Conference America, Inc. hereby states that no parent corporation or publicly held corporation owns more than 10% of Conference America's stock.

This 12th day of March 2008.

TROUTMAN SANDERS LLP

_____
Thomas E. Borton IV (BOR011)

5200 Bank of America Plaza          Attorney for Plaintiff Conference
600 Peachtree Street, N.E.          America, Inc.
Atlanta, GA 30308-2216
(404) 885-3000
(404) 962-6664 (fax)

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO.: _____ |
| | ) | |
| BIOMERIEUX, INC. | ) | **JURY TRIAL** |
| | ) | **DEMANDED** |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be served a true and correct copy of the within and foregoing RULE 7.1 DISCLOSURE STATEMENT upon the following, via U.S. mail, addressed to:

bioMerieux Inc.
Via its Registered Agent: Corporation Company
2000 Interstate Park Drive, Ste. 204,
Montgomery, Alabama 36109

This 12th day of March 2008.

_____
Thomas E. Borton IV