IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONFERENCE AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | NO.: 2:08-CV-181-WKW |
| v. ) | |
| ) | |
| BIOMERIEUX, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO APPEAR PRO HAC VICE

COME NOW Robert P. Williams, II, Esq., Benjamin A. Gastel, Esq. and Plaintiff Conference America, Inc. and, pursuant to this Court's Local Rule 83.1, respectfully move for attorneys Williams and Gastel to appear pro hac vice as counsel for Conference America in this matter. Attorneys Williams and Gastel are members in good standing of the United States District Court for the Northern District of Georgia, as reflected by the certificate of good standing attached to this motion as Exhibit A.

WHEREFORE, attorneys Williams and Gastel and Conference America respectfully request that this Court enter an Order permitting attorneys Williams and Gastel to appear pro hac vice as counsel for Conference America in this matter.

This 12th day of March 2008.

                    TROUTMAN SANDERS LLP

                    _____
                    Robert P. Williams, II
                    Ga. Bar No. 765413

                    _____
                    Thomas E. Borton IV (BOR011)

                    _____
                    Benjamin A. Gastel
                    Ga. Bar No. 432776

5200 Bank of America Plaza        Attorneys for Plaintiff Conference
600 Peachtree Street, N.E.          America, Inc.
Atlanta, GA  30308-2216
(404) 885-3000
(404) 962-6664 (fax)

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-CV-181-WKW |
| v. | ) | |
| | ) | |
| BIOMERIEUX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2008, I caused a copy of the foregoing to be delivered to the following registered agent by U.S. Mail, postage prepaid:

bioMerieux Inc.
Via Its Registered Agent: Corporation Company
2000 Interstate Park Drive, Ste. 204,
Montgomery, Alabama 36109

_____
Thomas E. Borton IV (BOR011)

# EXHIBIT A



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Robert P. Williams, State Bar No. 765413,** was duly admitted to practice in said Court on October 11, 1984, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 13th day of February, 2008.



JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk



## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Benjamin A. Gastel, State Bar No. 432776,** was duly admitted to practice in said Court on March 3, 2008, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 7th day of March, 2008.



JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk