IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CONFERENCE AMERICA, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 2:08-cv-181-WKW |
| ) | |
| **BIOMERIEUX, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon consideration of the Motion to Appear Pro Hac Vice of Robert P. Williams, II, and Benjamin A. Gastel (Doc. # 3) filed on March 14, 2008, it is ORDERED that the motion is GRANTED.

Done this 18th day of March, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE