AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Middle _____ DISTRICT OF __Alabama__

CONFERENCE AMERICA, INC.

V.

BIOMERIEUX, INC.

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2.08CV181-WKW
In the United States District Court for the Middle District of Alabama, Northern Division

TO: (Name and address of defendant)
BIOMERIEUX, INC.
Through its Registered Agent:
The Corporation Company
2000 Interstate Park Drive Ste. 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Thomas E. Borton IV**
**Troutman Sanders LLP**
**5200 Bank of America Plaza**
**600 Peachtree Street, N.E.**
**Atlanta, GA 30308-2216**

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett    *Debra P. Hackett*          3/21/08
CLERK                                            DATE

*[signature]*
(BY) DEPUTY CLERK

AO 440 (Rev. 10/83) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: :_____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                      *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.