IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 2:08-cv-00181-WKW-WC |
| v. | ) | |
| | ) | |
| BIOMERIEUX, INC.; | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Conference America, Inc. and voluntarily dismisses

with prejudice its Verified Complaint and all claims therein against Defendant

bioMerieux, Inc. in the above-styled case, pursuant to the parties' settlement

agreement, with each party to bear its own costs.

Respectfully submitted, this 1st day of April 2008.

TROUTMAN SANDERS LLP

/s/ Thomas E. Borton IV
Robert P. Williams, II
Ga. Bar No. 765413
Thomas E. Borton IV (BOR011)

5200 Bank of America Plaza      Attorneys for Plaintiff Conference
600 Peachtree Street, N.E.      America, Inc.
Atlanta, GA  30308-2216
(404) 885-3000
(404) 962-6664 (fax)

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the within and foregoing

***PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE***

upon opposing counsel by United States mail, postage prepaid, properly addressed

as follows:

bioMerieux, Inc.

Via its Registered Agent:  The Corporation Company

2000 Interstate Park Drive, Ste. 204,

Montgomery, Alabama 36109

Drue A. Moore, Esq.

Senior Corporate Counsel

bioMerieux, Inc.

Legal Department

100 Rodolphe Street

Durham, NC 27712

This 1st day of April 2008.

/s/ Thomas E. Borton IV

Thomas E. Borton IV (BOR011)
